**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Agusto LAZO-AGUIRRE, also known as Natividad Aparic Aguirre, also known as Agusto Lazo Aguire, also known as Juan J. Perez, also known as Natividad A. Aguirre, also known as Natividad A. Aparicio, also known as Jose O. Pineda, also known as Aguirre Natividad, also known as Natividad Aguirre-Aparicio, also known as Brigido Aparicio, also known as Agusto Brigido Aparicio, Defendant-Appellant**

***

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

**No. 16-20467**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed December 5, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Agusto Lazo-Aguirre, Pro Se

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: \*

The Federal Public Defender appointed to represent Agusto Lazo-Aguirre has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lazo-Aguirre has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.